IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LENARD COLLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )  NO. 11-597-SCW |
| | ) |
| ILLINOIS DEPARTMENT OF CORRECTIONS, VIENNA CORRECTIONAL CENTER, JOHN COX, BRENDA SUITS, | ) ) ) ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

Defendants **ILLINOIS DEPARTMENT OF CORRECTIONS** and **VIENNA CORRECTIONAL CENTER** were dismissed by an Order entered by District Judge Michael J. Reagan (Doc. 11).

Defendants **JOHN COX** and **BRENDA SUITS** were dismissed on January 31, 2013 by an Order entered by Judge Stephen C. Williams  (Doc. 26).

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of defendants **ILLINOIS DEPARTMENT OF CORRECTIONS, VIENNA CORRECTIONAL CENTER, JOHN COX** and **BRENDA SUITS** and against plaintiff **LEONARD COLLINS**.

Plaintiff shall take nothing from this action.

**DATED**: January 31, 2013

NANCY J. ROSENSTENGEL, CLERK

BY: S/Angela Vehlewald
　　　Deputy Clerk

Approved by   s//Stephen C. Williams
　　　United States Magistrate Judge
　　　Stephen C. Williams